IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DEVIN BRANDIS PUGH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:25cv51-MHT |
| | ) | (WO) |
| ALABAMA DEPARTMENT OF | ) | |
| MENTAL HEALTH, | ) | |
| | ) | |
| Defendant. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act, plaintiff filed this lawsuit claiming that the legal requirement of obtaining a prescription for certain medication violates his rights to due process and equal protection and constitutes disability discrimination. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the

magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of August, 2025.

                          /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**