IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEVIN BRANDIS PUGH,         )
                            )
    Plaintiff,              )
                            )     CIVIL ACTION NO.
    v.                      )        2:25cv51-MHT
                            )           (WO)
ALABAMA DEPARTMENT OF       )
MENTAL HEALTH,              )
                            )
    Defendant.              )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 22) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to comply with a court order to file an amended complaint.

No costs are taxed.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 28th day of August, 2025.

                             /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**